No. 89–989.   City of Norfolk, Virginia, et al. v. Collins et al.   C. A. 4th Cir.   Certiorari denied.

No. 89–1409.   Ostrander v. Wood.   C. A. 9th Cir.   Certiorari denied.

No. 89–1897.   Schlank v. Williams, Acting Administrator, Rehabilitation Services Administration, Department of Human Services of District of Columbia.   Ct. App. D. C.   Certiorari denied.

No. 89–1979.   Board of Trustees of the University of Kentucky et al. v. Hayse.   Sup. Ct. Ky.   Certiorari denied.

No. 89–2004.   Krantz v. Montana.   Sup. Ct. Mont.   Certiorari denied.

No. 89–7531.   Moorhead v. Texas.   Sup. Ct. Tex.   Certiorari denied.

No. 89–7597.   Neville v. Whitley, Warden.   C. A. 5th Cir.   Certiorari denied.

No. 89–7605.   Humphrey v. United States.   C. A. 7th Cir.   Certiorari denied.

No. 89–7606.   Whitehead v. United States.   C. A. 9th Cir.   Certiorari denied.

No. 89–7716.   Pifer v. California.   Ct. App. Cal., 5th App. Dist.   Certiorari denied.

No. 89–7722.   Summers v. Utah et al.   C. A. 10th Cir.   Certiorari denied.

No. 89–7781.   Williams v. United States.   C. A. 8th Cir.   Certiorari denied.

No. 89–7882.   James v. United States.   C. A. 5th Cir.   Certiorari denied.

No. 90–66.   Sandoval v. Illinois.   Sup. Ct. Ill.   Certiorari denied.

No. 90–125.   Bagley v. United States.   C. A. 8th Cir.   Certiorari denied.